**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Mastercard International, Inc., et al., ) | No. CV-04-1336-PHX-NVW |
| ) |  |
| Plaintiffs, ) | **ORDER** |
| ) |  |
| vs. ) |  |
| ) |  |
| Lexcel Solutions, Inc., ) |  |
| ) |  |
| Defendant. ) |  |
| ) |  |

Before the court are Plaintiffs' Memorandum in Support of Their Motion to Compel (doc. #127), Exhibits in Support of Plaintiffs' Memorandum in Support of Their Motion to Compel (doc. #128), and Defendant Lexcel's Notice of Non-Opposition to Plaintiffs' Motion to Compel (doc. 131), in which Defendant Lexcel consents to the granting of the motion to the extent it seeks certain Lexcel attorney-client communications. Although plaintiffs did not file a separate document entitled Motion to Compel, the basis for the motion is given in the parties' Summary of Discovery Dispute (doc. #121).

IT IS THEREFORE ORDERED that Plaintiff Mastercard's Motion to Compel is granted to the extent it seeks certain Lexcel attorney-client communications. To the extent

/ / /

/ / /

/ / /

1 the motion seeks other relief, the motion is denied as moot, subject to renewal if either party
2 should so request in the future.
3     DATED this 11th day of October, 2005.

*/s/ Neil V. Wake*
Neil V. Wake
United States District Judge